**Opinion issued December 3, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00649-CV

————————————

## IN RE KEVAN CASEY, JINSUN LLC, CINCO NRG, LLC, TPH HOLDINGS, LLC, VERTICAL HOLDINGS, LLC, FAR EAST STRATEGIES, LLC, LPC ENTERPRISES, LLC, SILVER STAR HOLDINGS TRUST, AND KM CASEY NO. 1, LTD, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators and Real Parties in Interest have filed a joint motion to dismiss relators' petition for writ of mandamus, averring that the parties have reached an

agreement to compromise and settle their differences in the underlying suit.[1] We grant the motion and dismiss the petition for writ of mandamus. In accordance with the parties' joint motion, costs are taxed against the party incurring them. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Juices Lloyd, Goodman, and Landau.

---

[1] The underlying case is *Roger D. Kunz, et al. v. Kevan Casey, et al.*, cause number 2019-10124, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.